1052

No. 81–614.   GRIFFIN *v.* OCEANIC CONTRACTORS, INC.
C. A. 5th Cir.   Certiorari granted.

No. 81–622.   SOUTHERN PACIFIC TRANSPORTATION CO. *v.*
COMMERCIAL METALS CO.   C. A. 5th Cir.   Certiorari
granted.

No. 81–55.   NEW YORK *v.* FERBER.   Ct. App. N. Y.
Motion of Covenant House for leave to file a brief as *amicus
curiae* granted.   Certiorari granted.

No. 81–389.   UNION LABOR LIFE INSURANCE CO. *v.*
PIRENO; and
No. 81–390.   NEW YORK STATE CHIROPRACTIC ASSN. *v.*
PIRENO.   C. A. 2d Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.
Reported below: 650 F. 2d 387.

*Certiorari Denied.*   (See also Nos. 81–68, 81–561, 81–5164,
and 81–5613, *supra.*)

No. 80–6825.   WRIGHT *v.* AUSTON ET AL.   C. A. 5th Cir.
Certiorari denied.

No. 81–43.   ODOM *v.* NORTH CAROLINA.   Sup. Ct. N. C.
Certiorari denied.

No. 81–72.   CANNON *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 81–142.   STANKOWSKI *v.* CONNECTICUT.   Sup. Ct.
Conn.   Certiorari denied.

No. 81–238.   TONG WOOK MOON *v.* OHIO.   Ct. App. Ohio,
Lorain County.   Certiorari denied.